## SOLOMON K. LALAKEA AND MOLLIE PANG LALAKEA *v.* LAUPAHOEHOE SUGAR COMPANY, ET AL.

### Nos. 2326 and 2327.

Argued December 6, 1938.      Decided December 20, 1938.

COKE, C. J., PETERS, J., AND CIRCUIT JUDGE LE BARON IN PLACE OF KEMP, J., DISQUALIFIED.

*Per Curiam.* Motions of similar import have been interposed in the above causes to dismiss the appeals. The principal ground for the motions is that the appeals were not perfected within the time required by statute. On authority of *Pioneer Mill Co.* v. *Ward, ante,* p. 686, and *Lalakea* v. *Laupahoehoe Sugar Co., ante,* p. 232, the motions are denied.

*H. Edmondson* (Smith, Wild, Beebe & Cades on the briefs) for the motions.

*W. B. Lymer* and *P. Silver* contra.